DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CYRUS HEKMAT,**
Appellant,

v.

**MANHATTAN LEASING ENTERPRISES, LTD.,**
Appellee.

Nos. 4D22-1238 and 4D22-1818

[May 18, 2023]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE17-008449.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, for appellant.

Steven K. Platzek and Steven D. Eisenband of Graner Platzek & Allison, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***